JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-05197-MWF (SPx)**               Date: **August 24, 2012**

Title:   Robert Conrad Martinez, Jr., et al. -*v*- Vanderbilt Mortgage & Finance, Inc., et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

PROCEEDINGS (IN CHAMBERS):  ORDER DISMISSING ACTION WITH PREJUDICE

On August 1, 2012, the Court granted one Motion to Dismiss the Complaint filed by Plaintiffs Robert Conrad Martinez, Jr. and Kristina Margarita Martinez (and denied another as moot). (Docket No. 26). The Martinezes had not filed any opposition.

The Court permitted the Martinezes to file an amended complaint within 14 days and warned that "[f]iling the amended complaint late – by even one day – may result in dismissal of this action with prejudice."

The deadline for the Martinezes to file an amended complaint was August 15, 2012. The Martinezes to date has not filed an amended complaint.

Accordingly, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.